UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA LEIGH HAYASHI, Derivatively on Behalf of Nominal Defendant STARBUCKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LAXMAN NARASIMHAN, RICHARD E. ALLISON, JR., ANDREW CAMPION, BETH FORD, MELLODY HOBSON, JORGEN VIG KNUDSTORP, NEAL MOHAN, DANIEL SERVITJE, MIKE SIEVERT, WEI ZHANG, SATYA NADELLA, and RACHEL RUGGERI,<br><br>Defendants,<br><br>and<br><br>STARBUCKS CORPORATION,<br><br>Nominal Defendant. | CASE NO. 2:26-cv-00240-JHC<br><br>ORDER |

This matter comes before the Court *sua sponte*. On April 13, 2026, the Court ordered the parties to show cause why the action should not be dismissed for failing to comply with the Order Requiring Joint Status Report (OSC). Dkt. # 18. On April 17, parties filed a Response to

ORDER - 1

the OSC explaining that they did not file the joint status reports because "they – in good faith – believed that when [this matter] was re-assigned to [this Court] as related to *In re Starbucks Corporation Stockholder Derivative Litigation*, Lead Case No. 2:24-cv-01720-JHC (the 'Consolidated Action'), the schedule in the Consolidated Action was controlling here and the initial deadlines established by the Honorable Ricardo S. Martinez were no longer applicable." Dkt. # 32 at 2.

The Court finds that the parties have shown good cause why the action should not be dismissed.  In addition, pursuant to Federal Rule of Civil Procedure 42 and Local Rule 42, the Court hereby ORDERS:

The *Hayashi* action, case number 2:26-cv-00240-JHC, shall be consolidated with the Consolidated Action, case number 2:24-cv-01720-JHC, conditional upon the following: On or before Friday, May 1, 2026, the parties shall jointly file, in case number 2:26-cv-00240-JHC, a stipulated proposed order consolidating the *Hayashi* action with the Consolidated Action, case number 2:24-cv-01720-JHC.

IT IS SO ORDERED.

Dated this 21st day of April, 2026.

John H. Chun
United States District Judge

ORDER - 2